USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

    -v.-

WILBUR ANTHONY HUFF,

    Defendant.
------------------------------------- x

AMENDED RESTITUTION ORDER

S3 12 Cr. 750 (NRB)

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Janis Echenberg, Assistant United States Attorney, of counsel; the presentence report; the Defendant's convictions on Counts One through Four of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution.

WILBUR ANTHONY HUFF, the Defendant, shall pay restitution in the total amount of $108,548,905.91 to the victims of the offenses charged in Counts One through Four, as set forth below:

    Mark D. Tharp
    Tharp and Associates, Inc.
    Assistant Receiver
    Park Avenue Property & Casualty Insurance Company
    300 West Osborn Road
    Suite 500
    Phoenix, AZ 85013
    **Restitution Amount: $50,000,000**

    FDIC as Receiver for Park Avenue Bank
    FDIC Restitution Payments
    P. O. Box 971774
    Dallas, TX, 75397-1774

**Restitution Amount: $4,857,266.62**

Valley National Bank
Attn: Legal Department
1455 Valley Road
Wayne, NJ 07470
**Restitution Amount: $597,420.29**

IRS RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108
**Restitution Amount: $53,094,219**

## 2. Joint and Several Liability

Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Charles Antonucci (10 Cr. 922 (NRB)), Matthew Morris (12 Cr. 750 (NRB)) and Allen Reichman (12 Cr. 750 (NRB)), should each of these defendants be convicted. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
June 29. 2015

HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

6.2011